IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRANCE JACKSON,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5774

Opinion filed January 6, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Terrance Jackson, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

      DISMISSED.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.